**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2458**

SANDRA S. FORQUER,

                    Plaintiff - Appellant,

          v.

SAMUEL I. WHITE, P.C.; JOHN E. DRISCOLL, III; LAURA D.
HARRIS; DANIEL J. PESACHOWITZ; DEENA L. REYNOLDS, Substitue
Trustees; ROBERT H. HILLMAN, Esquire; LAW OFFICE OF JEFFREY
B. SHULTZ, ESQ.; DOMINION RENTAL HOLDINGS, LLC; CIRCUIT
COURT FOR HARFORD COUNTY; ANGELA M. EAVES; JAMES REILLY,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Ellen L. Hollander, District Judge.
(1:16-cv-03795-ELH)

Submitted:  March 30, 2017          Decided:  April 3, 2017

Before TRAXLER and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Sandra S. Forquer, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sandra S. Forquer appeals the district court's order dismissing her civil complaint for failure to state a claim upon which relief may be granted and a subsequent order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Forquer v. White, No. 1:16-cv-03795-ELH (D. Md. filed Dec. 2, 2016 & entered Dec. 5, 2016; Dec. 15, 2016). We grant Forquer leave to proceed in forma pauperis on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED